**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number 11−10507 AJ 7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/14/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Matthew Alan Takes
P.O. Box 1881
Santa Rosa, CA 95402

| Case Number:<br>11−10507 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−9879 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Carl A. Lux<br>Carl Lux and Associates<br>2135 Santa Anita Ave<br>Altadena, CA 91001<br>Telephone number: (888) 882−5610 | Bankruptcy Trustee (name and address):<br>Linda S. Green<br>P.O.Box 5350<br>Santa Rosa, CA 95402<br>Telephone number: (707)575−6112<br>Email: linda@greentrustee.net |

### Meeting of Creditors

Date: **March 16, 2011**           Time: **11:30 AM**
Location: **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/16/11**

### Deadline to Object to Exemptions:

If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707−547−5900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 2/16/11 |

# EXPLANATIONS                                                                                   FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0971-1           User: cfan                  Page 1 of 2                 Date Rcvd: Feb 16, 2011
Case: 11-10507                 Form ID: B9A                Total Noticed: 24
```

The following entities were noticed by first class mail on Feb 18, 2011.
```
db          +Matthew Alan Takes,   P.O. Box 1881,   Santa Rosa, CA 95402-1881
aty         +Carl A. Lux,   Carl Lux and Associates,   2135 Santa Anita Ave,   Altadena, CA 91001-2916
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
11630047    +AFNI,   POB 3097,   BLOOMINGTON, IL 61702-3097
11630051    +CAL COAST CREDIT SERVICE,   2906 MCBRIDE LN,   SANTA ROSA, CA 95403-6899
11630063    +HUNTER WARFIELD INC,   4620 WOODLAND CORP,   TAMPA, FL 33614-2415
11630064    +JEFFERSON CAPITAL SYSTEM,   16 MCLELAND RD,   SAINT CLOUD, MN 56303-2198
11630068    +NCO FINANCIAL,   POB 4907,   TRENTON, NJ 08650-4907
11630069    +NCO FINANCIAL,   POB 15636,   WILMINGTON, DE 19850-5636
11630070    +NCO FINANCIAL SYSTEMS,   POB 4935,   TRENTON, NJ 08650-4935
11630071    +PLAINS COMMERCE BANK,   PO BOX 89937,   SIOUX FALLS, SD 57109-6937
11630074    +REDWOOD CREDIT UNION,   PO BOX 6104,   SANTA ROSA, CA 95406-0104
11630075    +RUDOLPH INCORPORATED,   PO BOX 750999,   PETALUMA, CA 94975-0999
11630082    +UNIQUE NATIONAL COLL,   119 E MAPLE ST,   JEFFERSONVLLE, IN 47130-3439
```

The following entities were noticed by electronic transmission on Feb 17, 2011.
```
tr          +EDI: BLSGREEN.COM Feb 16 2011 22:58:00      Linda S. Green,   P.O.Box 5350,
              Santa Rosa, CA 95402-5350
smg          EDI: EDD.COM Feb 16 2011 23:03:00      CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Feb 16 2011 22:58:00      Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,
              Sacramento, CA 95812-2952
ust         +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov
              Office of the U.S. Trustee / SR,   235 Pine Street,   Suite 700,   San Francisco, CA 94104-2736
11630048    +EDI: ARROW.COM Feb 16 2011 22:58:00      ARROW FINANCIAL SERVICES,   5996 W TOUHY AVE,
              NILES, IL 60714-4610
11630054    +EDI: CHASE.COM Feb 16 2011 22:58:00      CHASE/BANK ONE CARD SERV,   PO BOX 15298,
              WILMINGTON, DE 19850-5298
11630055     EDI: CHRYSLER.COM Feb 16 2011 22:58:00      CHRYSLER FINANCIAL,   PO BOX 551080,
              JACKSONVILLE, FL  32255
11630057    +E-mail/Text: tpotts@ccsitexas.com                            COMPLETE CREDIT SOLUTION,
              2921 BROWN TRL # 1,   BEDFORD, TX 76021-4144
11630058    +EDI: CCS.COM Feb 16 2011 23:03:00      CREDIT COLLECTION SERVIC,   PO BOX 9133,
              NEEDHAM, MA 02494-9133
11630060     EDI: DISCOVER.COM Feb 16 2011 22:58:00      DISCOVER FINCL SVC LLC,   PO BOX 15316,
              WILMINGTON, DE  19850
11630067    +EDI: MID8.COM Feb 16 2011 22:58:00      MIDLAND CREDIT MGMT INC,   8875 AERO DR STE 2,
              SAN DIEGO, CA 92123-2251
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11630049     CAINE & WEINER,   15025 OXNARD STREE,   SUITE 100
11630052     CALIFORNIA SERVICE BUREA,   9 COMMERCIAL BLVD,   #201
11630059     Creditor Name,   Street address,   City,   Zip
11630077     DALLAS, TX  75247
11630062     EUREKA, CA  95501
11630061     HUMBOLDT COUNTY COURT RD,   825 FIFTH ST,   5TH FLOOR
11630081     KALISPELL, MT  59901
11630079     MEDFORD, OR  97501
11630065     META BANK,   11601 ROOSEVELT BL,   TA 74
11630053     NOVATO, CA  94949
11630072     RECOVERY PARTNERS,   4151 N MARSHALL WA,   STE 12
11630076     SANTANDER CONSUMER USA,   8585 N STEMMONS FW,   STE 1000
11630073     SCOTTSDALE, AZ  85260
11630078     SOUTHERN OREGON CR SERV,   841 W STEWART AVE,   SUITE 11
11630066     ST PETERSBURG, FL  33701
11630080     STELLAR RECOVERY,   1845 US HWY 93 SOU,   SUITE 310
11630050     VAN NUYS, CA  91411
11630056   ##+COLUMBIA COLLECTION,   6915 SE LAKE RD ST,   MILWAUKIE, OR 97267-2103
                                                                                 TOTALS: 17, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                    Signature:    *Joseph Speetjens*